# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 527 WAL 2014
: 
　　　　　　　　　　Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
　　　　　v. : 
: 
: 
: 
ANDRE TREMAINE CARRINGTON, : 
: 
　　　　　　　　　　Petitioner : 

## ORDER

**PER CURIAM**

　　**AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.